March 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ETC NGL TRANSPORT, LLC, Appellant

NO. 14-11-01009-CV                    V.

OCCIDENTAL CHEMICAL CORPORATION, OCCIDENTAL ENERGY VENTURES
CORPORATION, DCP MIDSTREAM, LP, AND DCP SAND HILLS PIPELINE, LLC,
Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from two orders granting temporary injunctions signed by the court below on November 15, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.